IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: THERESA MASON and : CHAPTER 13
    TERRANCE A. MASON :
            DEBTORS : CASE NO. 15-14296 ELF

**DEBTOR'S ANSWER TO**
**MOTION OF U.S. BANK, N.A.. NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS DELAWARE TRUSTEEFOR RELIEF FROM STAY**

    1. Denied. Respondent has no knowledge of what a "Delaware Trustee" is or means in this context and therefore must deny the allegation demanding a full explanation and proof.

    2. Admitted.

    3. Denied.

    4. Denied.

    5. Denied.

    6. Admitted.

    7., Denied. Debtors are current to their knowledge.

    8. Denied. To the contrary, Debtors have been denied the right to make payments in the usual manner.

    9. Admitted.

    10. Denied that any cause has been pled that would justify abrogation of the Bankruptcy Rules. .

    11. Denied as a conclusion of law and ultimate fact not supported by the actual facts.

    WHEREFORE, Debtors request your honorable court to deny the said Motion.

                                        Respectfully submitted,

                                        /s/ Joseph F. Claffy
                                        Joseph F. Claffy, Esquire
                                        Attorney for Debtors