IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
THERESA MASON
TERRANCE A. MASON
         Debtors

CHAPTER 13

BK. No. 15-14296 ELF

## ORDER

AN NOW, it is hereby ORDERED that the corresponding Stipulation (Doc. # 67) is hereby approved.

Date: 2/1/17

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**