United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 15-14296-elf
Theresa Mason                                                            Chapter 13
Terrance A. Mason
       Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Antoinett        Page 1 of 1        Date Rcvd: Feb 01, 2017
                            Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2017.
db/jdb          +Theresa Mason,   Terrance A. Mason,   134 E Miner Street,   West Chester, PA 19382-3124

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2017 at the address(es) listed below:
      CHRISOVALANTE  FLIAKOS    on behalf of Creditor    US Bank Trust NA, Not In Its Individual Capacity
      But Solely As Delaware Trustee etal paeb@fedphe.com
      JEROME B. BLANK    on behalf of Creditor    US Bank Trust NA, Not In Its Individual Capacity But
      Solely As Delaware Trustee etal paeb@fedphe.com
      JOSEPH F. CLAFFY    on behalf of Joint Debtor Terrance A. Mason claffylaw@gmail.com,
      claffylaw@aol.com
      JOSEPH F. CLAFFY    on behalf of Debtor Theresa  Mason claffylaw@gmail.com,   claffylaw@aol.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association, Et Al...
      bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    US Bank Trust NA, Not In Its Individual Capacity
      But Solely As Delaware Trustee etal bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
      THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, Et Al...
      tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
      THOMAS I. PULEO    on behalf of Creditor    US Bank Trust NA, Not In Its Individual Capacity But
      Solely As Delaware Trustee etal tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                         TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
THERESA MASON
TERRANCE A. MASON

    Debtors

CHAPTER 13

BK. No. 15-14296 ELF

## ORDER

AN NOW, it is hereby ORDERED that the corresponding Stipulation (Doc. # 67) is hereby approved.

Date: 2/1/17

_____
ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE