**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| THERESA MASON  TERRANCE A. MASON | Chapter 13 |
| Debtor | Bankruptcy No. 15-14296-ELF |

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: March 1, 2017**

_____
Eric L. Frank
ChiefBankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOSEPH F CLAFFY
26 SOUTH CHURCH ST
SUITE 1 SOUTH
WEST CHESTER, PA 19382

Debtor:
THERESA MASON
TERRANCE A. MASON
134 E MINER STREET

WEST CHESTER, PA 19382