United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 15-14296-elf
Theresa Mason                                                       Chapter 13
Terrance A. Mason
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: ChrissyW              Page 1 of 1            Date Rcvd: Mar 01, 2017
                              Form ID: pdf900             Total Noticed: 8
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 03, 2017.
```
db/jdb         +Theresa Mason,    Terrance A. Mason,    134 E Miner Street,    West Chester, PA 19382-3124
cr             +Wells Fargo Bank, N.A./Wells Fargo Home Mortgage,    MAC X7801-014,    3476 Stateview Blvd.,
                 Fort Mill, SC 29715-7203
13630398       +U.S. Bank National Association, as Trustee, et al,    c/o JPMorgan Chase Bank, N.A.,
                 3415 Vision Drive,    OH4-7142,    Columbus, OH 43219-6009
13649440       +U.S. Bank Trust National Association c/o,    Wells Fargo Bank, N.A. Attn: BK Dept.,
                 MAC #D3347-014,    3476 Stateview Boulevard,    Fort Mill, SC 29715-7203
13547955      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:   US BANK,    MTG SERV TRAM 32-1,    P.O. Box 524,
                 Saint Louis, MO 63116)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Mar 02 2017 02:12:23      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 02 2017 02:11:52
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 02 2017 02:12:17      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 1, 2017 at the address(es) listed below:
```
              CHRISOVALANTE  FLIAKOS    on behalf of Creditor    US Bank Trust NA, Not In Its Individual Capacity
               But Solely As Delaware Trustee etal paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    US Bank Trust NA, Not In Its Individual Capacity But
               Solely As Delaware Trustee etal paeb@fedphe.com
              JOSEPH F. CLAFFY    on behalf of Joint Debtor Terrance A. Mason claffylaw@gmail.com,
               claffylaw@aol.com;claffylawecf@gmail.com
              JOSEPH F. CLAFFY    on behalf of Debtor Theresa  Mason claffylaw@gmail.com,
               claffylaw@aol.com;claffylawecf@gmail.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    US Bank Trust NA, Not In Its Individual Capacity
               But Solely As Delaware Trustee etal bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association, Et Al...
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    US Bank Trust NA, Not In Its Individual Capacity But
               Solely As Delaware Trustee etal tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, Et Al...
               tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 10
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THERESA MASON                    Chapter 13
TERRANCE A. MASON

                Debtor        Bankruptcy No. 15-14296-ELF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

       **AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

       **ORDERED**, that any wage orders are hereby vacated.

**Date: March 1, 2017**

_____
Eric L. Frank
ChiefBankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOSEPH F CLAFFY
26 SOUTH CHURCH ST
SUITE 1 SOUTH
WEST CHESTER, PA 19382


Debtor:
THERESA MASON
TERRANCE A. MASON
134 E MINER STREET

WEST CHESTER, PA 19382